DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy
Esther C. Townes

*Counsel to the Debtors-Appellees Purdue Pharma L.P., Purdue Pharmaceuticals L.P., and Rhodes Technologies*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>PURDUE PHARMA L.P., *et al.*,<br>Debtors.[1] | Chapter 11<br>Case No. 19-23649 (SHL)<br>(Jointly Administered) |
| ASCENT PHARMACEUTICALS, INC.,<br>Plaintiffs,<br>v.<br>PURDUE PHARMA L.P., P.F. LABORATORIES, INC., PURDUE PHARMACEUTICALS L.P., PURDUE PHARMA TECHNOLOGIES, INC., and RHODES TECHNOLOGIES,<br>Defendants. | Adv. Pro. No. 22-07029 (SHL) |

**DEBTORS-APPELLEES' DESIGNATION OF ADDITIONAL ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's registration number in the applicable jurisdiction, are as follows: Purdue Pharma L.P. (7484), Purdue Pharma Inc. (7486), Purdue Transdermal Technologies L.P. (1868), Purdue Pharma Manufacturing L.P. (3821), Purdue Pharmaceuticals L.P. (0034), Imbrium Therapeutics L.P. (8810), Adlon Therapeutics L.P. (6745), Greenfield BioVentures L.P. (6150), Seven Seas Hill Corp. (4591), Ophir Green Corp. (4594), Purdue Pharma of Puerto Rico (3925), Purdue Products L.P. (4140), Purdue Pharmaceutical Products L.P. (3902), Purdue Neuroscience Company (4712), Nayatt Cove Lifescience Inc. (7805), Button Land L.P. (7502), Rhodes Associates L.P. (N/A), Paul Land Inc. (7425), Quidnick Land L.P. (7584), Rhodes Pharmaceuticals L.P. (6166), Rhodes Technologies (7143), UDF LP (0495), SVC Pharma LP (5717) and SVC Pharma Inc. (4014). The Debtors' corporate headquarters is located at One Stamford Forum, 201 Tresser Boulevard, Stamford, CT 06901.

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York, Purdue Pharma L.P., Purdue Pharmaceuticals L.P., and Rhodes Technologies ("**Debtors-Appellees**") hereby submit this designation of additional items to be included in the record on appeal to the United States District Court for the Southern District of New York in connection with Ascent Pharmaceuticals, Inc.'s ("**Ascent**") appeal from the Order Granting Defendants' Motion to Dismiss and Dismissing Plaintiffs' Complaint, *In re Purdue Pharma L.P.*, Adv. Pro. No. 22-07029 (SHL) (Bankr. S.D.N.Y. July 19, 2024) [ECF No. 36].

DESIGNATION OF ADDITIONAL ITEMS
TO BE INCLUDED IN THE RECORD ON APPEAL

The following items are to be included in the record on appeal:[2]

*In re Purdue Pharma L.P., et al.*, **Case No. 22-07029 (SHL) (Bankr. S.D.N.Y.):**

| Docket Number | Document | Filing Date |
|---|---|---|
| 2 | Motion to File Under Seal (related document(s)1) filed by Catherine V. LoTempio on behalf of Ascent Pharmaceuticals, Inc.. (Attachments: # 1 Exhibit A (Proposed Order)) | 6/16/2022 |
| 16 | Motion to Dismiss Adversary Proceeding / Debtor-Defendants' Motion to Dismiss Adversary Proceeding Complaint | 8/19/2022 |
| 18 | Motion to File Under Seal / Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(a), 107(b) and Fed. R. Bankr. P. 9018 Authorizing the Filing of Certain Information under Seal in Connection with the Debtor-Defendants' Motion to Dismiss | 8/19/2022 |
| 20 | Motion to File Under Seal Motion for Entry of Order Pursuant to 11 U.S.C. 105(A), 107(B) and Fed. R. Bankr. P. 9018 Authorizing the Filing of Certain Information Under Seal in Connection with the IAC Defendants' Joinder to Debtor-Defendants' Motion to Dismiss Adversary Complaint filed by John C. Dougherty on behalf of Purdue Pharma L.P., Purdue Pharma Technologies, Inc., Purdue Pharmaceuticals L.P., Rhodes Technologies. | 8/19/2022 |
| 24 | Motion to File Under Seal (related document(s)22) filed by Andrew Matott on behalf of Ascent Pharmaceuticals, Inc.. (Attachments: # 1 Exhibit A - Proposed Order) | 10/4/2022 |

---

[2] The following tables list the titles of relevant documents as they appear on their respective dockets.

Pg 3 of 4

| Docket Number | Document | Filing Date |
|---|---|---|
| 34 | Notice of Proposed Order Granting Defendants' Motions to Dismiss and Dismissing Plaintiffs' Complaint with Prejudice | 6/18/2024 |

*In re Purdue Pharma L.P., et al.*, **Case No. 19-23649 (SHL) (Bankr. S.D.N.Y.):**

| Docket Number | Document | Filing Date |
|---|---|---|
| 1 | Chapter 11 Voluntary Petition for Non-Individual. Order for Relief Entered. Filed by Marshall Scott Huebner of Davis Polk & Wardwell LLP on behalf of Purdue Pharma L.P.. | 9/15/2019 |
| 17 | Statement /Informational Brief | 9/16/2019 |
| 3726 | Amended Plan / Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors | 9/2/2021 |
| 4908 | Motion to File Under Seal filed by Catherine V. LoTempio on behalf of Ascent Pharmaceuticals, Inc.. (Attachments: # 1 Exhibit A (Proposed Order) # 2 Exhibit B (Redacted Motion)) | 6/16/2022 |
| 4909 | Motion to File Proof of Claim After Claims Bar Date filed by Catherine V. LoTempio on behalf of Ascent Pharmaceuticals, Inc.. (Attachments: # 1 Exhibit A (Proposed Order) # 2 Exhibit B (Proofs of Claim) # 3 Exhibit C (Vidiyala Declaration))[3] | 6/16/2022 |
| 4930 | Order Signed on 6/29/2022 Granting Motion to File Under Seal filed by Catherine V. LoTempio on behalf of Ascent Pharmaceuticals, Inc. (Related Doc # 4908). | 6/29/2022 |
| 4946 | Notice of Hearing Regarding Motion of Ascent Pharmaceuticals, Inc. for Leave to File Late Proofs of Claim (related document(s)4909) filed by Robert Gayda on behalf of Ascent Pharmaceuticals, Inc.. with hearing to be held on 7/26/2022 at 11:00 AM at Videoconference (ZoomGov) (SHL) Objections due by 7/19/2022, | 7/8/2022 |
| 4966 | Objection to Motion / Debtors' Objection to the Motion of Ascent Pharmaceuticals, Inc. for Leave to File Late Proofs of Claim (related document(s)4909) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P..[4] | 7/19/2022 |
| 4967 | Motion to File Under Seal / Motion for Entry of Order Pursuant to 11 U.S.C. §§ 105(a), 107(b) and Fed. R. Bankr. P. 9018 Authorizing the Filing of Certain Information and Exhibits under Seal in Connection with the Debtors Objection to the Motion of Ascent Pharmaceuticals, Inc. for Leave to File Late Proofs of Claim (related document(s)4909, 4966) filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. | 7/19/2022 |

---

[3] This document was filed with redactions pursuant to a sealing order.
[4] This document was filed with redactions pursuant to a pending motion to seal.

3

| Docket Number | Document | Filing Date |
|---|---|---|
| 4976 | Notice of Agenda / Agenda for July 26, 2022 Hearing filed by Eli J. Vonnegut on behalf of Purdue Pharma L.P.. with hearing to be held on 7/26/2022 at 11:00 AM at Videoconference (ZoomGov) (SHL) | 7/25/2022 |
| 4991 | Transcript regarding Hearing Held on 07/26/2022 At 11:10 AM RE: Omnibus Hearing.; Etc. Remote electronic access to the transcript is restricted until 10/31/2022. The transcript may be viewed at the Bankruptcy Court Clerks Office. (Transcription Service Agency: Veritext Legal Solutions.). | 8/1/2022 |
| 5021 | So Ordered Stipulation Signed On 8/16/2022; Adjourning Motion Of Ascent Pharmaceuticals, Inc. Without Prejudice | 8/16/2022 |

Dated: August 29, 2024
       New York, New York

Respectfully Submitted,

*/s/ James I. McClammy*
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Marshall S. Huebner
Benjamin S. Kaminetzky
James I. McClammy
Esther C. Townes

*Counsel to the Debtors-Appellees Purdue Pharma L.P., Purdue Pharmaceuticals L.P., and Rhodes Technologies*

4